387 A.2d 116

Grady v. Grady, Appellant, (two cases).

 Argued December 8, 1977. John E. Lister, for appellant; Andrew Mutch Knowlton, for appellee.

Decree affirmed.

387 A.2d 116

Griffith, Appellant, v. Griffith.

Argued December 9, 1977. Terry W. Knox, with him Mac-Elree, Harvey, Gallagher & Kean, for appellant; Ronald C. Nagle, with him Stephen P. McGuire, for appellee.

Order affirmed.